**Raymond I. HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40226.**

Missouri Court of Appeals,
Western District.

Nov. 8, 1988.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, J., Presiding, and TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

AFFIRMED. Rule 84.16(b).

**John Michael BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40268.**

Missouri Court of Appeals,
Western District.

Nov. 8, 1988.

Jim Lynn, Columbia, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

ORDER

PER CURIAM.

Appeal from dismissal without prejudice of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).